# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALICIA LOPEZ,<br><br>           Plaintiff,<br><br>     v.<br><br>AMERICAN FIRE AND CASUALTY COMPANY,<br><br>           Defendant. | Case No.  1:20-cv-01418-NONE-SAB<br><br>ORDER GRANTING STIPULATED REQUEST TO EXTEND TIME FOR DEFENDANT TO FILE RESPONSIVE PLEADING<br><br>(ECF No. 8) |

This action was filed on October 2, 2020.  (ECF No. 1.)  On November 19, 2020, the parties filed a stipulation for an extension of time for Defendant to file a responsive pleading by twenty-one (21) days, making the responsive pleading due on or before December 10, 2020. (ECF No. 7.)  The stipulation was self-executing without court approval under Local Rule 144. L.R. 144(a) ("Unless the filing date has been set by order of the Court, an initial stipulation extending time for no more than twenty-eight (28) days to respond to a complaint . . . may be filed without approval of the Court if the stipulation is signed on behalf of all parties who have appeared in the action and are affected by the stipulation. All other extensions of time must be approved by the Court.").  On December 10, 2020, the parties filed a stipulation to further extend the deadline for Defendant to file a responsive pleading by an additional seven (7) days, making the total extension twenty-eight (28) days from the initial deadline, through the two stipulations. (ECF No. 8.)  While the second stipulation only extends the time to respond to a total of twenty-

eight (28) days from the initial deadline, given this is the second stipulation, this is not an "initial stipulation" as described in Local Rule 144.  Therefore, the Court shall issue an order approving the stipulation.

Accordingly, IT IS HEREBY ORDERED that the deadline for Defendant to file a responsive pleading shall be extended until December 17, 2020.

IT IS SO ORDERED.

Dated:   **December 11, 2020**

UNITED STATES MAGISTRATE JUDGE