# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALICIA LOPEZ,<br><br>        Plaintiff,<br><br>    v.<br><br>AMERICAN FIRE AND CASUALTY COMPANY,<br><br>        Defendant. | Case No. 1:20-cv-01418-NONE-SAB<br><br>ORDER RE STIPULATION TO AMEND SCHEDULING ORDER<br><br>(ECF No. 18) |

A scheduling order issued on January 7, 2021, setting pretrial deadlines, but no trial date was set. (ECF No. 15.) On June 24, 2021, a stipulation was filed to extend the pretrial deadlines by approximately ninety (90) days. (ECF No. 18.) The parties proffer good cause exists because given the location and availability of witnesses, they do not believe they are able to complete all discovery and depositions by the current deadlines, and they also request additional time to consider alternative dispute resolution options.

Given that no trial date has been set, this is the first request to amend the scheduling order, and because there is sufficient time between the new proposed dispositive motion filing deadline and the current pretrial conference date of August 15, 2022, as to not require continuation of the pretrial conference, the Court finds good cause and shall grant the requested modifications.

/ / /

Accordingly, the January 7, 2021 scheduling order (ECF No. 15) is HEREBY AMENDED as follows:

1. Nonexpert Discovery Deadline: **November 4, 2021**;

2. Expert Witness Disclosure Deadline: **November 24, 2021**;

3. Supplemental Expert Witness Disclosure: **December 16, 2021**;

4. Expert Discovery Deadline: **January 6, 2022**; and

5. Dispositive Motion Filing Deadline: **February 3, 2022**; and

6. All other aspects of the January 7, 2021 scheduling order shall remain in effect.

IT IS SO ORDERED.

Dated:   **July 19, 2021**

UNITED STATES MAGISTRATE JUDGE