# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALICIA LOPEZ, | Case No. 1:20-cv-01418-NONE-SAB |
| Plaintiff, | ORDER GRANTING STIPULATED REQUEST TO MODIFY SCHEDULING ORDER |
| v. | |
| AMERICAN FIRE AND CASUALTY COMPANY, | (ECF Nos. 15, 21, 24) |
| Defendant. | |

A scheduling order issued in this action on January 7, 2021. (ECF No. 15.) No trial date was set. (Id.) The scheduling order has been modified once, on July 19, 2021, pursuant to the parties' stipulation. (ECF Nos. 18, 21.) On November 1, 2021, the parties filed a stipulation to further modify the scheduling order. (ECF No. 24.) The parties proffer that since the last modification, the parties have worked diligently, completing written discovery and depositions, but that the schedules of counsel and third-party witnesses, including out of state witnesses, have necessitated an additional extension. (Id. at 2.) Mindful that the upcoming Thanksgiving and Christmas holidays may further limit the parties' availability to schedule the remaining depositions, the parties request a short continuance of the present discovery deadlines. (Id. at 2–3.)

As the nonexpert discovery deadline expires on November 4, 2021, only three days after

the date the instant stipulated request was filed, the Court reminds the parties that stipulations for extensions of time should be filed well before such deadlines expire, particularly where the need for extensions are apparent, as proffered here. Nonetheless, given this is only the second stipulated extension, and no trial date is set in this matter, the Court finds good cause to grant the request pursuant to the parties' agreement and proffered reasons. The Court additionally notes the parties do not seek a continuance of the pre-trial conference date (set for August 15, 2022, before a United States District Judge), nor is one needed, as that conference is presently stayed pursuant to the October 28, 2021 order of clarification filed by the District Judge.[1]  (See ECF No. 23.)

Accordingly, pursuant to the parties' stipulation, IT IS HEREBY ORDERED that the scheduling order is further modified as follows:

 1. Nonexpert Discovery Deadline: February 2, 2022;
 2. Initial Expert Disclosure Deadline: February 22, 2022;
 3. Supplemental Expert Disclosure Deadline: March 16, 2022;
 4. Expert Discovery Deadline: April 6, 2022; and
 5. Dispositive Motion Filing Deadline: May 4, 2022.

All other dates and aspects of the scheduling order shall remain in effect.

IT IS SO ORDERED.

Dated:   **November 2, 2021**

UNITED STATES MAGISTRATE JUDGE

---

[1] Pursuant to the order of clarification, all matters set before the district judge in all civil cases with the "Unassigned/NONE" designation are effectively stayed until further notice. The District Judge advises that the stay shall remain in place until a new district judge is appointed to fill at least one of the two long-standing vacancies in the Fresno courthouse and is able to begin hearing cases. The order further advises that scheduled hearings and trials set before Unassigned/NONE will be continued or vacated by minute orders issued in each specific case, subject to rescheduling upon the seating of a new district judge.