# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALICIA LOPEZ,<br><br>    Plaintiff,<br><br>    v.<br><br>AMERICAN FIRE AND CASUALTY COMPANY,<br><br>    Defendant. | Case No. 1:20-cv-01418-JLT-SAB<br><br>ORDER REQUIRING DEFENDANT TO FILE OPPOSITION TO PLAINTIFF'S *EX PARTE* APPLICATION<br><br>(ECF No. 28)<br><br>SEVEN DAY DEADLINE |

Following two modifications to the scheduling order, the nonexpert discovery deadline was extended until February 2, 2022. (ECF No. 21.) On the deadline, February 2, 2022, Plaintiff filed an *ex parte* application to extend the discovery deadline. (ECF No. 28.) The filing indicates that counsel Victor Jacobellis recently became one of the lead attorneys on this matter, and that Daniel Verloff and Mr. Jacobellis assumed lead responsibilities in this matter in January of this year. The Court notes that these counsel appeared in this action on the filings in this action as early as the initial joint scheduling report filed on December 30, 2020, and additionally on the two stipulations to modify the scheduling order. (ECF Nos. 13, 18, 24.) The filing proffers that due to illness in December, Plaintiff was not able to complete discovery, and an extension would allow time to supplement written discovery and complete remaining depositions. (ECF No. 28 at 5.)

The filing indicates that Defendant was contacted on January 28, 2022, about modifying

the scheduling order, and that Defendant will be filing an opposition. (Id. at 2, 6.) However, the filing also indicates that Defendant's counsel advised Plaintiff that it would consider a stipulation to modify the scheduling order following the *ex parte* application. (Id. at 2.) The Court shall order Defendant to submit an opposition, or a statement of non-opposition, within seven (7) days. If Defendant requires additional time or would prefer this matter be set for hearing, Defendant may indicate in the filing. Alternatively, the parties may submit a stipulation, submit this dispute to the Court's informal discovery dispute procedure, or may request an informal status conference to discuss the matter, by contacting the Courtroom Deputy.

Accordingly, IT IS HEREBY ORDERED that:

1. Within seven (7) days of entry of this order, Defendant shall file an opposition or statement of non-opposition to the Plaintiff's *ex parte* application;
2. If Defendant files an opposition, Plaintiff may file a reply within two (2) days of service of the opposition; and
3. The parties may alternatively stipulate to a modification, or request either a hearing be held on the application, an informal discovery dispute conference, or an informal status conference, to further discuss this matter.

IT IS SO ORDERED.

Dated:   **February 3, 2022**

UNITED STATES MAGISTRATE JUDGE

2