# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALICIA LOPEZ,<br><br>              Plaintiff,<br><br>    v.<br><br>AMERICAN FIRE AND CASUALTY COMPANY,<br><br>              Defendant. | Case No. 1:20-cv-01418-JLT-SAB<br><br>ORDER RE: STIPULATED MOTION TO MODIFY SCHEDULING ORDER<br><br>(ECF Nos. 15, 21, 25, 33) |

A scheduling order for this matter issued on January 7, 2021, which was subsequently amended twice pursuant to stipulated requests. (ECF Nos. 15, 21, 25.)

On April 28, 2022, the parties filed a stipulated motion to modify the schedule, in which they seek to continue the dispositive motion deadline. (ECF No. 33.) The parties do not seek to modify any other dates. The parties request the continuance to allow time for the parties to complete informal dispute resolution that could potentially resolve the case. The Court finds good cause exists to grant the parties' stipulated motion.

///

///

///

///

Accordingly, pursuant to the stipulation of the parties and good cause appearing, IT IS HEREBY ORDERED that the parties' stipulated motion to modify the schedule (ECF No. 33) is GRANTED.  The scheduling order is further modified as follows:

1. Dispositive Motion Deadline: **June 4, 2022**; and
2. All other aspects of the scheduling order continue to remain in effect.

IT IS SO ORDERED.

Dated:   **April 28, 2022**

UNITED STATES MAGISTRATE JUDGE