# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALICIA LOPEZ,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>AMERICAN FIRE AND CASUALTY COMPANY,<br><br>　　　　Defendant. | Case No. 1:20-cv-01418-JLT-SAB<br><br>ORDER RE: STIPULATION TO EXTEND TIME FOR FILING OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND DEFENDANT'S REPLY<br><br>(ECF No. 39) |

Defendant filed a motion for summary judgment on June 6, 2022, which is currently pending before the District Judge. (ECF No. 37.) On June 9, 2022, the District Judge issued a minute order noting the motion for summary judgment would be decided on the papers and no hearing date would be scheduled. (ECF No. 38.) On June 21, 2022, the parties filed a stipulated request to extend the time for Plaintiff to file and opposition and thereafter extend the time for Defendant's reply briefing. (ECF No. 39.)

Accordingly, pursuant to the stipulation of the parties and good cause appearing, IT IS HEREBY ORDERED that:

1. The deadline for Plaintiff to file an opposition to the motion for summary judgment is extended to **June 28, 2022**; and

///

2. The deadline for Defendant to file any reply briefing is extended to **July 8, 2022**.

IT IS SO ORDERED.

Dated:   **June 22, 2022**

_____
UNITED STATES MAGISTRATE JUDGE