VICTOR JACOBELLIS
CA Bar No. 278988
vjacobellis@merlinlawgroup.com
DANIEL J. VEROFF
CA Bar No. 291492
dveroff@merlinlawgroup.com
**MERLIN LAW GROUP, P.A.**
601 Montgomery Street, Suite 1925
San Francisco, CA 94111
Telephone: (415) 851-2300
Facsimile: (415) 960-3882

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALICIA LOPEZ, DBA, PLAZA SAN MIGUEL, an individual,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN FIRE AND CASUALTY COMPANY, an Ohio Corporation; Pennsylvania Corporation; and DOES 1-20, INCLUSIVE,<br><br>Defendants. | Case No. 1:20-cv-01418-JLT-SAB<br><br>**NOTICE OF SETTLEMENT**<br><br><br><br>Action Filed: October 2, 2020 |

PLEASE TAKE NOTICE that the parties have reached an agreement to settle the above captioned matter subject to finalizing the agreement in writing.

Dated: January 6, 2023

MERLIN LAW GROUP

By: _____
VICTOR JACOBELLIS
DANIEL J. VEROFF
*Attorneys for Plaintiff*
ALICIA LOPEZ, DBA, PLAZA SAN MIGUEL

1
**NOTICE OF SETTLEMENT**