# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALICIA LOPEZ,<br><br>            Plaintiff,<br><br>     v.<br><br>AMERICAN FIRE AND CASUALTY COMPANY,<br><br>            Defendant. | Case No. 1:20-cv-01418-JLT-SAB<br><br>ORDER VACATING ALL MATTERS AND REQUIRING PARTIES TO FILE DISPOSITIONAL DOCUMENTS<br><br>(ECF No. 45)<br><br>**DEADLINE: JANUARY 27, 2023** |

On January 6, 2023, Plaintiff filed a notice of settlement of this action.  (ECF No. 45.)

Accordingly, IT IS HEREBY ORDERED that:

1. All pending matters and dates are VACATED; and

2. The parties shall file dispositional documents no later than **January 27, 2023**.

IT IS SO ORDERED.

Dated:   **January 9, 2023**                              _____
                                                    UNITED STATES MAGISTRATE JUDGE